UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAPITAL BLUECROSS, | : | Civil No. 1:20-CV-02299 |
| Plaintiff, | : | (Judge Munley) |
| v. | : | (Magistrate Judge Schwab) |
| ATLANTIC SPECIALTY INSURANCE COMPANY, | : | |
| Defendant. | : | |

**ORDER**
May 16, 2024

For the reasons discussed in the memorandum opinion, **IT IS ORDERED** that the Association's motion to intervene (*doc. 84*) is **GRANTED**, and the Association is permitted to intervene in this case "for the limited purpose of responding 'no' to Question 1" in the Questions Presented Letter (*id.*) and will be permitted to participate in the deposition of Mr. St. Hilaire as described below.  **IT IS ALSO ORDERED** that the Other Blues' motion to intervene (*doc. 95*) is **GRANTED IN PART** insofar as the Other Blues are permitted to intervene in this case for the limited purpose of filing briefs with the court related to the first question in the Questions Presented Letter and will be permitted to participate in the deposition of Mr. St. Hilaire as described below.  The Other Blues are not, however, permitted to file a motion for a protective order.

**IT IS ORDERED** that the Other Blues and the Association (collectively "the Intervenors") shall each file a brief in opposition regarding the first question set forth in the Questions Presented Letter and in response to Atlantic's brief in support (*doc. 78*) on or before **June 6, 2024**.  **IT IS FURTHER ORDERED** that Capital and Atlantic shall file reply briefs within 21 days after the Intervenors file their briefs in opposition.

Regarding the deposition of Mr. St. Hilaire, **IT IS ORDERED** that the Intervenors shall be permitted to attend Mr. St. Hilaire's deposition for the purposes of asserting their interests related to materials and information that the court finds privileged after consideration of all briefs related to the Questions Presented Letter.

Finally, **IT IS ALSO ORDERED** that discovery remains **STAYED** until further order of the Court.

<u>*S/Susan E. Schwab*</u>
Susan E. Schwab
United States Magistrate Judge